# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Priscilla D. Williams ) | Case No. 1:22cr442 |
| ) | |
| *Defendant* ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: | Carl B. Stokes U.S. Court House
801 West Superior Avenue
Cleveland, Ohio 44113 | Courtroom No.: Zoom |
|---|---|---|
| | | Date and Time: 08/23/2022 12:00 pm |

This offense is briefly described as follows:

Date: 08/11/2022

SANDY OPACICH
*Clerk*

s/ Mark T. Matyas

*Courtroom Clerk to the*
*Honorable William h. Baughman Jr.*
*(216) 357-7220*